United States District Court
Southern District of Texas
**ENTERED**
February 16, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARCUS E. BAKER,<br>    Petitioner, | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action No. 1:16-CV-008 |
| STATE OF TEXAS,<br>    Respondent. | §<br>§<br>§ | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation (Dkt. No. 4) in the above-referenced cause of action. No objections have been filed by the Petitioner. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is **ADOPTED**. It is therefore, **ORDERED, ADJUDGED**, and **DECREED** that the Petitioner's Petition for District Court's Participation (Dkt. No. 1) is dismissed without prejudice. It is further ordered that the Clerk of Court close this case. The Petitioner may re-file his petition in the proper venue, the Western District of Texas.

Signed on this 16 day of February, 2016.

United States District Court
Southern District of Texas
FILED
FEB 16 2016
David J. Bradley, Clerk of Court

_____
Rolando Olvera
United States District Judge